[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 31, 2008
THOMAS K. KAHN
CLERK

No. 07-13056
Non-Argument Calendar

_____

D. C. Docket No. 06-00463-CR-3-MCR

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DENNIS SANDERS,
a.k.a. Nathaniel Sanders,
a.k.a. Dennis S. Sanders,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

**(March 31, 2008)**

Before ANDERSON, BARKETT and PRYOR, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Dennis Sanders in this appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Sanders's sentence is **AFFIRMED**.